UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America
        Plaintiff                    Case No.:11-20129
v                                       Hon.: ROBERT H. CLELAND

D-4 PATRICK MICHAEL MCKEOUN
        Defendant.
_____/

**NOTICE OF REQUEST BY DEFENDANT MCKEOUN THAT GOVERNMENT PROVIDE REASONABLE NOTICE UNDER FRE 404(b)**

NOW COMES the Defendant Patrick Michael Mckeoun, by and through his attorney Sidney Kraizman, and hereby provides notice that Defendant Mckeoun requests that the Government provide reasonable notice before trial of the nature of any evidence that the Government intends to offer at trial under FRE 404(b).

                          Respectfully submitted,

                          By: /s/ Sidney Kraizman, Esq.
                          Sidney Kraizman P16199)
                          Attorney for Defendant
                          615 Griswold, 1616 Ford Building
                          Detroit, Michigan 48226
                          (313) 961-7078
                          sidkraizman@sbcglobal.net

DATED: May 27, 2012

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2012, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to defense counsel and the following:

AUSA Saima Mohsin
Assistant U.S. Attorney
211 W. Fort St., Ste. 2100
Detroit, Michigan 48226

AUSA Eric M. Straus
Assistant U.S. Attorney
211 W. Fort St., Ste. 2100
Detroit, Michigan 48226

this date: May 27, 2012.

           /s/  Sidney Kraizman, Esq.
              Signature