

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case Number: 11-CR-20129

-vs-

D-1 SCOTT WILLIAM SUTHERLAND, ET. AL



        Defendants.

_____/

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF
## TO SEAL THIRD SUPERSEDING INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order sealing the Third

Superseding Indictment and arrest warrants in this case, and states:

1.  The Indictment in this case charges the defendants with one or more

federal crimes.

2.  Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

> *(4) Sealed Indictment.*  The magistrate judge to whom an
> indictment is returned may direct that the indictment be kept secret until
> the defendant is in custody or has been released pending trial. The clerk
> must then seal the indictment, and no person may disclose the
> indictment's existence except as necessary to issue or execute a warrant
> or summons.

Fed. R. Crim. P. 6(e)(4).

3.  The government requests that the Third Superseding Indictment and

Arrest Warrants be sealed because it is concerned that the defendants may

attempt to flee, destroy evidence, or intimidate witnesses if the Third Superseding

Indictment and Arrest Warrants become a matter of public record before the

defendants are arrested.

WHEREFORE, the government requests this Court to issue an order

sealing the Third Superseding Indictment and Arrest Warrants.

Respectfully submitted,

BARBARA L. MCQUADE
*United States Attorney*

SAIMA MOHSIN
*Assistant United States Attorney*
211 West Fort Street, Suite 2001
Detroit, Michigan  48226-3220
phone:  313-226-9163
e-mail:  samia.mohsin@usdoj.gov
bar no.:  P73990

Date: June 13, 2012

**IT IS SO ORDERED.**

MAGISTRATE JUDGE MAJZOUB

_____

HON. MONA K. MAJZOUB
United States Magistrate Judge

Entered: