

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1 SCOTT WILLIAM SUTHERLAND, et al.,

        Defendants.
_____/

No. 11-CR-20129

Hon. Robert H. Cleland

FILED
CLERK'S OFFICE
JUL 13 2012
U.S. DISTRICT COURT
EASTERN MICHIGAN

## GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrants in this case, and states:

1. The Indictment in this case charges the defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrants be unsealed because the defendants have been arrested and is entitled to receive a copy of the Indictment and Arrest Warrants.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrants.

Respectfully submitted,

BARBARA L. MCQUADE
*United States Attorney*

*/s/ Saima Mohsin*
SAIMA MOHSIN
*Assistant United States Attorney*
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3220
phone: 313-226-9163
e-mail: saima.mohsin@usdoj.gov
bar no.: P73990

Date: July 13, 2012

**IT IS SO ORDERED.**

HON. MARK A. RANDON
United States Magistrate Judge

Entered: 7/13/12