MIED (Rev. 8/07) Notice of Correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

         Plaintiff(s),

v.

SUTHERLAND, et al

         Defendant(s).
_____/

Case No. 11-20129

Judge  Robert H. Cleland

Magistrate Judge  Mark A. Randon

## NOTICE OF CORRECTION

Docket entry number __215__, filed _____7/18/2012_____, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [x] Other: Document was linked to wrong defendant.

If you need further clarification or assistance, please contact ____Amanda Chubb____ at __(313) 234-5226__.

DAVID J. WEAVER, CLERK OF COURT

Dated: July 18, 2012

Amanda Chubb
Deputy Clerk