# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff                        Case No.:11-20129

v                                           Hon.: ROBERT H. CLELAND

D-1 SCOTT WILLIAM SUTHERLAND et al,

        Defendants.

_____/

## NOTICE REGARDING DEFENDANTS' PROPOSED GROUP LIAISONS

NOW COME the defendants, in unison, and hereby proposes to the court the following liaisons and alternate liaisons relative to the pretrial groupings proposed by the United States Government:

    Group 1   -   Liaison: Mark A. Satawa
                             Alternate/Second Liaison: Jerome Sabotta

    Group 2   -   Liaison: Loren Dickstein
                             Alternate/Second Liaison: Sidney Kraizman

    Group 3   -   Liaison: Margaret S. Raben
                             Alternate/Second Liaison: Michael J. McCarthy

    Group 4   -   Liaison: William W. Swor
                             Alternate/Second Liaison: Gerald J. Gleeson

                                              Respectfully Submitted:

                                              By: /s/ Loren M. Dickstein, Esq.
                                              Loren M. Dickstein (P53508)
                                              Attorney for Defendant David Roberts
                                              LEWIS & DICKSTEIN, P.L.L.C.
                                              2000 Town Center, Ste. 2350
                                              Southfield, MI   48075
                                              (248) 263-6800
                                              ldickstein@notafraidtowin.com

Dated: September 14, 2012

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing Notice Regarding Defendant's Proposed Group Liaisons has this 14th day of September, 2012, been made upon all counsel of record via e-mail.

Dated: September 14, 2012                    /s/ Loren Dickstein
                                             Loren M. Dickstein (P53508)
                                             Attorney for Defendant David Roberts
                                             LEWIS & DICKSTEIN, P.L.L.C.
                                             2000 Town Center, Ste. 2350
                                             Southfield, MI  48075
                                             (248) 263-6800
                                             ldickstein@notafraidtowin.com