**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

                         Plaintiff                          Case No.:11-20129

v                                                 Hon.: ROBERT H. CLELAND

D-1 SCOTT WILLIAM SUTHERLAND,
D-2 RONALD ROBERTS
D-3 DAVID ROBERTS
D-4 PATRICK McKEOUN
D-8 VINCENT WITORT
D-11 JOHN RIEDE
D-13 GARY NELSON
D-15 RAYMOND MELIOLI
D-16 TIMOTHY DOWNS
D-20 TONY KITCHENS, et al.

                         Defendants.

_____/

**MEMORANDUM IN REACTION TO**
**GOVERNMENT'S MEMORANDUM OF CASE MANAGEMENT**

    The defendants herein, in unison, by and through Liaison Counsel, LOREN M.

DICKSTEIN, hereby submits this Memorandum in Reaction to the Government's Memorandum

of Case Management, and state the following:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Neither admitted nor denied for the reason that there are no assertions, allegations or

    statements regarding case management contained therein.\

a.  Discovery - Defendants object to the request for protective order field by the

government.  One or more responses from the defendants are or will be filed with

specific objections.  The defendants in Group 2 specifically join in any such

objections by not opting out as per the court's directive at the August 22, 2012

scheduling conference/pretrial.

In addition to any such objections, counsel for Group 2 defendants

specifically object as it relates to those defendants who are incarcerated, some

several hours from the Detroit Area.  For any incarcerated defendants who wish to

review the evidence, counsel would literally have sit with his or her client while

said defendant reviews what is believed to be in excess of 10,000 pages of

discovery and an unknown quantity of audio/video evidence.  The waist in federal

funds that would be incurred while defense counsel sat with their clients during

this process would be monumental.

Additionally, there are less restrictive means by which the government's

interest in protecting any ongoing investigations can be employed.

b.  Format and Cost of Discovery - Defendant's request that given the volume of

discovery that is expected in this matter, any Electronically Stored Information

(ESI)/digital discovery should be processed through optical character recognition

software, be searchable and categorized or indexed.  The expense incurred by the

government in scanning and categorizing the discovery would be eclipsed by the

expense of all the DJA defense attorneys having to review the discovery without

the processing and organizing of the discovery by the United States Attorney's

Office.  The defendant's would like to direct the court to Attorney General

Holder's article that was published in the Georgetown Law Journal, 41 Geo.

L.J.Ann. Rev. Crim. Proc. (2012) which states in conclusion: "As the Protocol

advises, 'in complex discovery cases, a table of contents to the available discovery

materials can help expedite the opposing party's review of the discovery, promote

early settlement, and avoid discovery disputes, unnecessary expense and undue

delay."

c.   <u>Motion Practice</u> - No objection.

d.   <u>Local Rule Requiring Concurrence</u> - No objection.

e.   <u>Trial Groupings</u> - No objection for pretrial purposes.  Further, all defendants

specifically object to the current groupings being considered relative to any

groupings that may be necessary for trial purposes.  Specific objections to such

groupings for trial purposes can only be made after production of the impending

discovery materials.

f.   <u>Final Pretrial and Trial Date</u> - No objection.

Respectfully Submitted:

By: <u>/s/ Loren M. Dickstein, Esq.</u>
Loren M. Dickstein (P53508)
Attorney for Defendant David Roberts
Liaison Counsel for Group 2
LEWIS & DICKSTEIN, P.L.L.C.
2000 Town Center, Ste. 2350
Southfield, MI   48075
(248) 263-6800
ldickstein@notafraidtowin.com

Dated: <u>September 26, 2012</u>

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing Notice Regarding Defendant's Proposed Group Liaisons has this 14th day of September, 2012, been made upon all counsel of record via e-mail.

Dated: <u>September 26, 2012</u>

<u>/s/ Loren Dickstein</u>
Loren M. Dickstein (P53508)
Attorney for Defendant David Roberts
LEWIS & DICKSTEIN, P.L.L.C.
2000 Town Center, Ste. 2350
Southfield, MI  48075
(248) 263-6800
ldickstein@notafraidtowin.com