UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff                           Case No.:11-20129

v                                                 Hon.: ROBERT H. CLELAND

D-1 SCOTT WILLIAM SUTHERLAND,
D-2 RONALD ROBERTS
D-3 DAVID ROBERTS
D-4 PATRICK McKEOUN
D-8 VINCENT WITORT
D-11 JOHN RIEDE
D-13 GARY NELSON
D-15 RAYMOND MELIOLI
D-16 TIMOTHY DOWNS
D-20 TONY KITCHENS, et al.

       Defendants.
_____/

**FIRST AMENDED CERTIFICATE OF SERVICE**

It is hereby certified that service of the Defendant's Memorandum in Reaction to the Government's Memorandum of Case Management has this 21st day of September, 2012, been made upon all counsel of record via e-mail.

Dated: September 21, 2012                           /s/ Loren Dickstein
                                                         Loren M. Dickstein (P53508)
                                                         Attorney for Defendant David Roberts
                                                         Liaison Counsel for Group 2
                                                         LEWIS & DICKSTEIN, P.L.L.C.
                                                         2000 Town Center, Ste. 2350
                                                         Southfield, MI   48075
                                                         (248) 263-6800
                                                         ldickstein@notafraidtowin.com