UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

SCOTT WILLIAM SUTHERLAND, ET AL.,

          Defendants.
_____/

Case No. 11-cr-20129

Honorable Robert H. Cleland

## APPEARANCE OF COUNSEL

TO:    CLERK OF THE COURT

Please enter the appearance of LINDA AOUATE, Assistant United States Attorney, on behalf of the United States of America, with respect to criminal forfeiture matters only, in the above-entitled action. This appearance is in addition to the appearance of Assistant United States Attorney SAIMA S. MOHSIN and Assistant United States Attorney ERIC M. STRAUS for the United States, and is not a substitution of counsel.

          BARBARA L. McQUADE
          United States Attorney


          s/ Linda Aouate
          LINDA AOUATE (P-70693)
          Assistant United States Attorney
          211 W. Fort Street, Suite 2001
          Detroit, Michigan 48226
          (313) 226-9587
          Linda.aouate@usdoj.gov

Dated: September 25, 2012

## *CERTIFICATION OF SERVICE*

      I hereby certify that on September 25, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                        s/ Linda Aouate
                                        LINDA AOUATE (P-70693)
                                        Assistant United States Attorney
                                        211 W. Fort Street, Suite 2001
                                        Detroit, Michigan 48226
                                        (313) 226-9587
                                        Linda.aouate@usdoj.gov