UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff        Case No.:11-20129
v                  Hon.: ROBERT H. CLELAND

D-3 DAVID THOMAS ROBERTS,

    Defendant.
_____/

## NOTICE OF WITHDRAWAL OF MOTION FOR BILL OF PARTICULARS WITHOUT PREJUDICE

 NOW COMES the Defendant D-3, David Thomas Roberts, in Case No.:11-20129, by and through his attorney Loren M. Dickstein, and hereby WITHDRAWS WITHOUT PREJUDICE DOCUMENT #64 MOTION FOR BILL OF PARTICULARS filed on 06/04/2012 in Case No.: 11-20129.

                Respectfully Submitted:

                By: /s/ Loren M. Dickstein, Esq.
                Loren M. Dickstein (P53508)
                Attorney for the Defendant
                LEWIS & DICKSTEIN, P.L.L.C.
                2000 Town Center, Ste. 2350
                Southfield, MI   48075
                (248) 263-6800
Dated: October 1, 2012        ldickstein@notafraidtowin

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2012, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to defense counsel and the following:

AUSA Saima Mohsin
Assistant U.S. Attorney
211 W. Fort St., Ste. 2100
Detroit, Michigan 48226

AUSA Eric M. Straus
Assistant U.S. Attorney
211 W. Fort St., Ste. 2100
Detroit, Michigan 48226

Dated: October 1, 2012                                  /s/ Loren Dickstein
                                                        Signature