UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

D-1 SCOTT WILLIAM SUTHERLAND, et al.

        Defendants.
_____/

Case No. 11-20129

HON. ROBERT H. CLELAND

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

D-1 JEFF GARVIN SMITH, et al.

        Defendants.
_____/

Case No. 11-20066

HON. ROBERT H. CLELAND

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

D-1 SMILEY VILLA,

        Defendant.
_____/

Case No. 12-20387

HON. ROBERT H. CLELAND

**GOVERNMENT'S MEMORANDUM REGARDING DISCOVERY INDEX**

    The United States of America, by and through its attorneys, BARBARA L. McQUADE,

United States Attorney, Saima S. Mohsin and Eric M. Straus, Assistant United States Attorneys

for the Eastern District of Michigan, and Jerome M. Maiatico, Trial Attorney for the U.S. Department of Justice, for its Memorandum Regarding Discovery Index, and states the following:

1.      During the September 24, 2012 status conference, the Government agreed to provide a "discovery index" describing generally the broad categories of discovery and related materials to be provided to defendants in the above-captioned cases, to aid the court and the parties in assessing the cost and manner of dissemination of discovery in these matters.

2.      The information provided in this memorandum is an approximation of the number of pages or size of digital space relevant to each broad category, and these approximations are based upon materials that are currently loaded into the government's database.  There are additional documents, some consensual recordings and other items that have not been loaded into the database, and are therefore not included.

| Category | Approximate # Pages | Approximate Size |
|---|---|---|
| Title III Wire Interceptions - audio calls | | 111 gigabytes |
| Title III Applications/Orders | 2000-3000 pages | |
| Search Warrant related | 12,000 pages | |
| Laboratory Report related | 500 pages | |
| Grand Jury Subpoena related documents and testimony | 5000 pages | |
| Investigative Reports, including many Jencks statements | 13,000 | |

BARBARA L. McQUADE
United States Attorney

s/Saima Mohsin (P#73990)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
saima.mohsin@usdoj.gov
(313) 226-9163

s/Eric Straus (P#38266)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
eric.straus@usdoj.gov
(313) 226-9648

s/Jerome M. Maiatico
Trial Attorney
U.S. Department of Justice
1301 New York Avenue, N.W., Room 703
Washington, D.C. 20530
(202) 615-8125
Jerome.Maiatico@usdoj.gov

Dated: October 4, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2012 , I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/ Saima Mohsin
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9163
E-Mail: Saima.Mohsin@usdoj.gov
P73990
