UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

                *Plaintiff*,

    v.

D-1 SCOTT WILLIAM SUTHERLAND, et al.

                *Defendants*.
_____/

Case No. 11-cr-20129

HON.  ROBERT H. CLELAND

UNITED STATES OF AMERICA,

                *Plaintiff*,

    v.

D-1 JEFF GARVIN SMITH, et al.

                *Defendants*.
_____/

Case No. 11-cr-20066

HON.  ROBERT H. CLELAND

## UNITED STATES' NOTICE OF DISCOVERY DISCLOSURE

     The United States of America, by and through its attorneys, BARBARA L. McQUADE, United States Attorney, Saima S. Mohsin and Eric M. Straus, Assistant United States Attorneys for the Eastern District of Michigan, and Jerome M. Maiatico,

Trial Attorney for the U.S. Department of Justice, hereby submits its Notice of Discovery Disclosure, and states the following:

1. On December 21, 2012, the Government made available for pickup to the defense counsel for the charged defendants, two compact disks each, containing discovery and related materials, including but not limited to:

   a. Defendant criminal histories;

   b. Defendant statements; and

   c. Applications, affidavits, and orders related to the interception of wire communications for cellular telephones used by Vernon Nelson Rich and Paul Anthony Darrah. (Bates Numbers DISC-000001 to DISC-000676)

2. On January 10, 2013, the Government provided to the Court Appointed Discovery Coordinator, Emma M. Greenwood, a computer hard drive, containing audio calls intercepted pursuant to the court authorized wire interceptions for cellular telephones used by Vernon Nelson Rich and Paul Anthony Darrah. Ms. Greenwood acknowledged receipt of the Government's Discovery Disclosure on January 11, 2013.

3. On January 15, 2013, the Government provided to Emma M. Greenwood, four compact disks which contained approximately 25,000 pages of discovery and related materials (Bates Numbers DISC-000677 to DISC-025664), including but not limited to:

a. Federal Bureau of Investigation reports and related materials;

b. Drug Enforcement Administration reports and related materials;

c. Bureau of Alcohol, Tobacco, and Firearms reports and related materials;

d. Police Reports and related materials;

e. Evidence logs;

f. Grand Jury subpoenas and returns and related materials;

g. Search warrants, applications, supporting affidavits, and returns, inventories, photographs and photocopies of items seized during the execution of search warrants;

h. Laboratory and related reports;

i. Wiretap call logs; and

j. Subscriber information.

Ms. Greenwood acknowledged receipt of the Government's Discovery Disclosure on January 17, 2013.

        Respectfully submitted,

        BARBARA L. McQUADE
        United States Attorney

        s/ Saima Mohsin
        s/ Eric M. Straus
        Assistant U.S. Attorneys
        211 West Fort Street, Suite 2001
        Detroit, Michigan  48226-3211
        Telephone: (313) 226-9100
        Saima.Mohsin@usdoj.gov
        Eric.Straus@usdoj.gov


        s/ Jerome M. Maiatico
        Trial Attorney
        U.S. Department of Justice
        1301 New York Avenue, N.W., Rm 703
        Washington, D.C. 20530
        Telephone:  (202) 615-8125
        Jerome.Maiatico@usdoj.gov

Dated:  January 18, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

        s/ Saima Mohsin
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        Phone: (313) 226-9163
        E-Mail: Saima.Mohsin@usdoj.gov
        P73990