UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                           Case No. 11-CR-20129
                                                 Hon. Robert H. Cleland

v.

D-40 PAULA MILEHA FRISCIONI,

    Defendant.

_____

**DEFENDANT PAULA MILEHA FRISCIONI'S RESPONSE TO THE
UNITED STATES' MOTION TO DESIGNATE CASE AS A COMPLEX CASE
AND FOR EXCLUDABLE DELAY**

Defendant, PAULA MILEHA FRISCIONI, by her counsel, JOHN M. MCMANUS, hereby states she has no objection to the United States' Motion to Designate Case as a Complex Case and for Excludable Delay.

                                                                 Respectfully submitted,

                                                                 /s/John M. McManus
                                                                 JOHN M. McMANUS (P44102)
                                                                 Attorney for Defendant Friscioni
                                                                 McManus Law, PLLC
                                                                 999 Haynes, Suite 205
                                                                 Birmingham, MI 48009
Dated: February 13, 2013                         (248) 642-5288

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 11-CR-20129
Hon. Robert H. Cleland

D-40 PAULA MILEHA FRISCIONI,

    Defendant.

_____

## CERTIFICATE OF SERVICE

John M. McManus deposes and states that he is employed by McManus Law, PLLC, and that on the 13th day of February, 2013, he gave permission to Kim Chapman to file Defendant, Paula Mileha Friscioni's Response to the United States' Motion to Designate Case as a Complex Case and for Excludable Delay via ECF to all counsel of record.

/s/John M. McManus