UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff                         Case No.:11-cr-20129

v                                                Hon.: ROBERT H. CLELAND

D-3 DAVID THOMAS ROBERTS,

       Defendant.
_____/

**DEFENDANT DAVID THOMAS ROBERTS AND ACTING
ON BEHALF OF GROUP 2 DEFENDANTS RESPONSE TO
THE UNITED STATES' MOTION TO DESIGNATE CASE AS A
<u>COMPLEX CASE AND FOR EXCLUDABLE DELAY</u>**

      NOW COMES the Defendant D-3, David Thomas Roberts, by and through his attorney Loren M. Dickstein, and acting on behalf of all Defendants in Group 2, hereby responds to the United States' Motion to Designate Case as a Complex Case and for Excludable Delay, by indicating that Defendants of Group 2 have no objection to the relief requested in the Motion.

                                                      Respectfully Submitted:

                                                        By: <u>/s/ Loren M. Dickstein, Esq.</u>
                                                        Loren M. Dickstein (P53508)
                                                        Attorney for the Defendant
                                                        LEWIS & DICKSTEIN, P.L.L.C.
                                                        2000 Town Center, Ste. 2350
                                                        Southfield, MI 48075
                                                        (248) 263-6800

Dated: <u>February 15, 2013</u>                 ldickstein@notafraidtowin

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2013, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to defense counsel and the following:

/s/ Loren Dickstein
Loren M. Dickstein
ldickstein@notafraidtowin.com