UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff(s),

v.                                         Case No. 2:11−cr−20129−RHC−MAR
                                          Hon. Robert H. Cleland

Scott William Sutherland,

          Defendant(s).

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202−3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on March 6, 2013.

                                                     DAVID J. WEAVER, CLERK OF COURT


                                                 By: s/ K Krawczyk
                                                      Deputy Clerk

Dated:   March 6, 2013