UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 11-20129

SCOTT WILLIAM SUTHERLAND et al.

    Defendants.
_____/

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 11-20066

JEFF GARVIN SMITH et al.,

    Defendants.
_____/

## ORDER TO CONTINUE AND SETTING DATES

The Court held a status conference with Liaison Counsel and the Government on August 22, 2013.

**THE COURT FINDS** and Counsel agree that due to the complexity of the case, the voluminous discovery and the severity of the charges, that the dates that will be set are necessary and that "the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

**IT IS FURTHER ORDERED** that the time period from **August 22, 2013, to April 15, 2014**, is EXCLUDED for all Defendants from the time calculation mandated by the

Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), 18 U.S.C. § 3161(h)(7)(A) & 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** that the motion cutoff date is **February 28, 2014**.

The final pretrial conference and plea cutoff shall occur on **March 25, 2014 at 2:00 p.m.**

Jury trial will commence on **April 15, 2014 at 9:00 a.m.**

**IT IS ORDERED.**

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: August 27, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 27, 2013, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522